IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SYLVESTER PARKER, JR.                                                      PLAINTIFF

CASE NO. 4:06-cv-4043

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

## JUDGMENT

Comes now the Court on this the 13th day of April, 2007, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge